AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KATELYN MCNERNEY, SHERRY MASON, CAMRI NELSON, CAMERON CUNNINGHAM, AND ALLISON BROWN, on behalf of themselves and all others similarly situated, <br> *Plaintiff(s)* <br> v. <br> KIA AMERICA, INC., a California corporation; and HYUNDAI MOTOR AMERICA, a California corporation, <br> *Defendant(s)* | Civil Action No.  8:22-cv-1548 CJC (JDEx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KIA AMERICA, INC., a California corporation
c/o C T CORPORATION SYSTEM
330 N BRAND BLVD STE 700, GLENDALE, CA  91203

HYUNDAI MOTOR AMERICA,  a California corporation
c/o C T CORPORATION SYSTEM
330 N BRAND BLVD STE 700, GLENDALE, CA  91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher R. Pitoun (SBN 290235)
christopherp@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920, Pasadena, California 91101
Telephone: (213) 330-7150

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 08/23/2022

*Signature of Clerk or Deputy Clerk*