| | |
|---|---|
| 1 | **JENNER & BLOCK LLP** |
| 2 | Kate T. Spelman (SBN 269109) |
|   | kspelman@jenner.com |
| 3 | Alice S. Kim (SBN 317479) |
|   | akim@jenner.com |
| 4 | 515 South Flower Street, Suite 3300 |
|   | Los Angeles, CA 90071-2246 |
| 5 | Telephone: (213) 239-5100 |
| 6 | Facsimile: (213) 239-5199 |
| 7 | **JENNER & BLOCK LLP** |
|   | Peter J. Brennan (*pro hac vice* forthcoming) |
| 8 | pbrennan@jenner.com |
|   | 353 North Clark Street |
| 9 | Chicago, IL 60654-3456 |
| 10 | Telephone: (312) 222-9350 |
|    | Facsimile: (312) 527-0484 |
| 11 | |
|    | Attorneys for Defendants |
| 12 | KIA AMERICA, INC. and |
|    | HYUNDAI MOTOR AMERICA |
| 13 | |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATELYN MCNERNEY, SHERRY MASON, CAMRI NELSON, CAMERON CUNNINGHAM, and ALLISON BROWN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIA AMERICA, INC., a California corporation, and HYUNDAI MOTOR AMERICA, a California corporation,<br><br>    Defendants. | Case No. 8:22-cv-01548<br><br>The Honorable Cormac J. Carney<br><br>**NOTICE OF RELATED CASES** |

## NOTICE OF RELATED CASES

Defendants Kia America, Inc. ("Kia") and Hyundai Motor America ("Hyundai") (together, "Defendants"), hereby notify the Court, pursuant to Local Rule 83-1.3, that the above-referenced action is related to three other actions in this District captioned:

- *Yeghiaian v. Kia America, Inc.*, Case No. 8:22-cv-01440 (C.D. Cal.). The operative complaint in *Yeghiaian* was filed on August 3, 2022, and the action is currently pending before the Honorable David O. Carter.

- *Cohen v. Kia America, Inc.*, Case No. 8:22-cv-01664 (C.D. Cal.). The operative complaint in *Cohen* was filed on September 9, 2022, and the action is currently pending before the Honorable David O. Carter. Attached hereto as **Exhibit 1** is a true and correct copy of the Order re Transfer Pursuant to General Order 21-01 (Related Cases), filed in *Cohen* on September 15, 2022.

- *Morrow v. Hyundai Motor America*, Case No. 8:22-cv-01674 (C.D. Cal.). The operative complaint in *Morrow* was filed on September 12, 2022, and the action is currently pending before the Honorable David O. Carter. Attached hereto as **Exhibit 2** is a true and correct copy of the Order re Transfer Pursuant to General Order 21-01 (Related Cases), filed in *Morrow* on September 15, 2022.

Additionally, Defendants hereby notify the Court that the above-referenced action is related to a pending Multidistrict Litigation before the U.S. Judicial Panel on Multidistrict Litigation captioned *In re Kia Hyundai Vehicle Theft Litigation*, MDL No. 3052. A true and correct copy of the Second Amended Schedule of Actions, filed on September 2, 2022, is attached hereto as **Exhibit 3**.

Defendants respectfully request that this case be deemed related to *Yeghiaian*, *Cohen*, and *Morrow*.

| | | |
|---|---|---|
| 1 | Dated: September 16, 2022 | JENNER & BLOCK LLP |
| 2 | | |
| 3 | | */s/ Kate T. Spelman* |
| 4 | | Kate T. Spelman |
| 5 | | Attorneys for Defendants |
| 6 | | KIA AMERICA, INC. and HYUNDAI MOTOR AMERICA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
NOTICE OF RELATED CASES