# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Katelyn McNerney | | CASE NUMBER |
|---|---|---|
| | | 8:22-cv-01548-CJC-(JDEx) |
| v. | PLAINTIFF(S) | |
| Kia America, Inc. | | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES) |
| | DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

September 20, 2022                                David O. Carter  /s/ David O. Carter
_____                                 _____
Date                                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____                                 _____
Date                                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  8:22-cv-01440-DOC-(KESx)  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  John D. Early  to Magistrate Judge  Karen E. Scott  .

On all documents subsequently filed in this case, please substitute the initials  DOC-(KESx)  after the case number in place of the initials of the prior judge, so that the case number will read  8:22-cv-01548-DOC-(KESx)  . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [✓] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (03/21)                ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01  (Related Cases)